BERTHA NORWICH, Appellant, v. HENRY W. MORSE, as Sheriff of Monroe County, and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

IGNATIUS E. CIESIELSKI, Appellant, v. HENRY W. MORSE, as Sheriff of Monroe County, and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WEIS AND FISHER COMPANY, Appellant, v. LAURA S. ELLWANGER and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of JULIA A. GOTTRY, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN HALEY, Respondent, v. SUPERIOR ELEVATOR CO., INC., Appellant.— Order of May 20, 1925, dismissing the appeal vacated and motion to dismiss the appeal denied, without costs, upon stipulation filed. Present — Hubbs, P. J., Clarke, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK KINNEY, Amended to FRANK J. BENEIDICUSA, Appellant.— Motion to dismiss appeal granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MICHAEL SCHIFANO, etc., Respondent, v. MARY MONTAGNA and Another, Appellants.— Motion to dismiss appeal granted, without costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SWAN-FINCH OIL CORPORATION, Respondent, v. GEORGE P. MANNING and Another, Appellants.— Motion for stay pending appeal granted, upon condition that the defendants give a bond in the sum of $15,000, to secure to the plaintiff the payment of any judgment for damages and costs which it may finally recover in the action. In case of the failure of the defendants to give such a bond, approved by a justice of the Supreme Court within five days after service of this order, the motion is denied upon condition that the plaintiff increase its bond to the sum of $30,000, and in case the latter bond is not given, the motion for a stay is granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of the IROQUOIS GAS CORPORATION, Pursuant to Section 2, Chapter 422, Laws of 1889, for an Order Permitting It to Construct Pipe Lines, etc., in the Town of Wales, Erie County, N. Y.— Application granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ANNA J. KOSTY, Respondent, v. PHILIPO DIGUAROLI and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers by July twentieth, pay to respondent's attorney ten dollars, and shall be ready for argument at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.